UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MEDRENA WAND                                                                                         Plaintiff

v.                                                                                    Civil Action No. 3:23CV-84-RGJ

MICHTER'S DISTILLERY, LLC                                                                         Defendant

\* \* \* \* \*

## ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice on or before May 13, 2024. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to: Counsel of Record