UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(*Electronically Filed*)

| | |
|---|---|
| **MEDRENA WAND** ) | |
| ) | |
| Plaintiff, ) | Civil Action 3:23-CV-84-RGJ |
| ) | |
| v. ) | |
| ) | |
| **MICHTER'S DISTILLERY LLC,** ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Medrena Wand ("Plaintiff" or "Wand") and Defendant Michter's Distillery ("Defendant" or "Michter's") (collectively, "the Parties"), jointly and through counsel, hereby inform the Court that all matters in controversy between them in the above-styled action have now been resolved; and, as evidenced by the signatures of their attorneys below, Plaintiff and Defendant hereby request that this action be dismissed with prejudice as to all parties and all claims, with each party bearing its own respective costs and attorney's fees incurred herein.

**NOW, THEREFORE,** the Court being sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that all claims, counterclaims, and/or other claims asserted herein by Plaintiff or Defendant, or that could have been asserted herein by Plaintiff or Defendant, are dismissed with prejudice. Each party is to bear its own respective costs and attorney's fees incurred herein, and this action shall be dismissed in its entirety, with prejudice.

May 9, 2024

Rebecca Grady Jennings, District Judge
United States District Court

23686193.v1

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew C. Weeks (with email permission by KJO)* <br> Andrew C. Weeks (KBA 97371) <br> Legal Justice at Work, PLLC <br> 609 W Main St, Ste 301 <br> Louisville, KY 40202 <br> Phone: (502) 408-6173 <br> Fax: (502) 586-7176 <br> ACWeeks@LegalJusticeAtWork.com <br> *Counsel for Plaintiff* | */s/ Kimberly J. O'Donnell* <br> Kimberly J. O'Donnell (KBA 92637) <br> Sarah T. Laren (KBA 95770) <br> Dentons Bingham Greenebaum LLP <br> 300 West Vine Street, Ste, 1300 <br> Lexington, Kentucky 40507 <br> Phone: (859) 288-4696 <br> kim.odonnell@dentons.com <br> *Counsel for Defendant* |

23686193.v1